AO 245D   Judgment in a Criminal Case for Revocations
(Rev. 12/19)   Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| TYSHUN XAVIER BILLINGS | Case No. 3:17-CR-00037-TES-CHW(1) |
| | USM No. 00390-120 |
| | ASHLEY ELIZABETH LUCAS |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   3-8   of the term of supervision.

☐ was found in violation of condition(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Use of a controlled substance | 01/21/2023 |
| 4 | Use of a controlled substance | 06/12/2023 |
| 5 | Failure to participate in an approved substance abuse treatment program | 05/24/2023 |
| 6 | Failure to obtain approval from the probation officer before moving to a new residential location | 11/22/2023 |
| 7 | Failure to refrain from violation of the law | 04/25/2024 |
| 8 | Failure to refrain from violation of the law | 04/25/2024 |

The defendant is sentenced as provided in pages 2 through   2  . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)   1 & 2   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   7898

Defendant's Year of Birth:   1991

City and State of Defendant's Residence:
Athens, Georgia

August 4, 2025
Date of Imposition of Judgment

Signature of Judge
TILMAN E. SELF, III
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

8/6/25
Date

AO 245D   Judgment in a Criminal Case for Revocations
Rev. 12/19   Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: TYSHUN XAVIER BILLINGS
CASE NUMBER: 3:17-CR-00037-TES-CHW(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : 24 months imprisonment to be served consecutively to the term of imprisonment imposed in Docket No. 3:24-cr-00030-TES-CHW(1), for a total sentence of 100 months.

☒ The court makes the following recommendations to the Bureau of Prisons:
The court recommends that Defendant be allowed to participate in the RDAP program.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL